Alexander D. MARTINOFF, Plaintiff-Appellant, v. Lawrence W. CHAPIN and Ralph S. Dennis, d. b. a. Lubrichart Company, Defendants-Appellees.

No. 7677.

Circuit Court of Appeals, Sixth Circuit.

Dec. 13, 1938.

Hawgood & Van Horn, of Cleveland, Ohio, for appellant.

Woodling & Krost, of Cleveland, Ohio, for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

In a suit for infringement of a registered copyright on charts showing two positions of automobile chassis as a guide for lubrication thereof, it appearing that the source of the arrangement of information thereon was either charts prepared by the plaintiff for the defendants while in their employ or a source common to both, and that adaptation does not rise to the dignity of authorship, the decree below dismissing the proceeding is hereby affirmed.

MESECK TOWING & TRANSPORTATION COMPANY, Inc., as Owner of the Steamtug John A. Meseck, Libelant-Appellee, v. Steamtug THE NEW YORK CENTRAL NO. 24 and The New York Central Railroad Company, Respondent-Appellant.

No. 123.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1938.

Clive C. Handy, of New York City (Kenneth O. Mott-Smith, of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Eugene F. Gilligan and W. H. McGrann, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Leroy C. PHENIX, Doing Business as the L. C. Phenix Company, Respondent.

No. 9043.

Circuit Court of Appeals, Ninth Circuit.

Dec. 12, 1938.

Charles Fahy, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Ben C. Cohen, of Los Angeles, Cal., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered petition to enforce granted, and that a judgment be entered in the minutes of this court enforcing the Order of the National Labor Relations Board herein.